## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

SALVADOR NAVA, AIS 260069, :

   Petitioner, :

vs. : CA 10-0165-WS-C

JOHN CUMMINS, et al., :

   Respondents.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 1, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** this 29th day of June, 2010.

      s/WILLIAM H. STEELE
      **CHIEF UNITED STATES DISTRICT JUDGE**