# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SALVADOR NAVA, AIS 260069, | : | |
| Petitioner, | : | |
| vs. | : | CA 10-0165-WS-C |
| JOHN CUMMINS, et al., | : | |
| Respondents. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and fully abide by this Court's order dated April 22, 2010.

**DONE** this 29th day of June, 2010.

    s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**